**United States District Court**
**For The**
**District of Vermont**

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2005 JUL 21  PM 3 06

CLERK

BY _____
DEPUTY CLERK

GERRIT W. KOUWENHOVEN, and
ELLEN D. KOUWENHOVEN,           :
                                :
                Plaintiffs,     :
                                :
                                :
            v.                  :      CASE NUMBER: 2:04-CV-340
                                :
USA TRUCK, INC., and            :
SCOTT M. LAFATA,                :
                                :
                Defendants.     :

## ORDER DISMISS CASE

The court having been advised by the Evaluator's Report (Document No. 11) that the above-entitled action has been settled,

IT IS ORDERED THAT this action is hereby dismissed, without costs, with the right to petition, upon good cause shown within 60 days, to reopen the action if settlement is not consummated.

IT IS FURTHER ORDERED that the clerk of court serve copies of this order, by United States mail, upon attorneys of record for the parties appearing in this case.

Dated at Burlington, in the District of Vermont, this *21* day of July, 2005.


Honorable Jerome J. Niedermeier
United States Magistrate Judge