UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | | |
|---|---|---|
| GERRIT W. KOUWENHOVEN and | * | |
| ELLEN D. KOUWENHOVEN | * | |
| | * | Docket No.2- 04-CV-340 |
| v. | * | |
| | * | |
| USA TRUCK, INC., | * | |
| SCOTT M. LAFATA | * | |

### *ORDER OF DISMISSAL*

Based upon STIPULATION OF DISMISSAL filed with the Clerk's office in regard to the above-entitled matter, this case is hereby DISMISSED WITH PREJUDICE.

DATED at Burlington, Vermont, this 8th day of August, 2005.

/s/ Jerome J. Niedermeier
Hon. Jerome J. Niedermeier
U.S. Magistrate Judge